■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM A. BROWN, Respondent, v FREDERICK C. LAMY, as Sheriff of Warren County, Respondent. [637 NYS2d 944] —Appeal from a judgment of the Supreme Court (Williams, J.), entered September 25, 1995 in Warren County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 70, after a hearing.

Indicted for two counts of criminal possession of a controlled substance in the first degree, two counts of criminal possession of a controlled substance in the third degree and one count of conspiracy in the fourth degree and remanded to the Warren County Jail in lieu of bail, petitioner brought this proceeding in the nature of habeas corpus contending that the $250,000 bail fixed by County Court was unconstitutionally excessive. Supreme Court dismissed the petition and this appeal ensued. During the pendency of the appeal, defendant entered a plea of guilty in satisfaction of the indictment, rendering the appeal moot.

Mercure, J. P., White, Casey, Peters and Spain, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.

■ GERALD BULLINGER et al., Appellants, v ARNOLD RAPOPORT et al., Respondents. [637 NYS2d 948] —Appeal from an order of the Supreme Court (Teresi, J.), entered September 8, 1995 in Albany County, which denied plaintiffs' motion for permission to disclose additional expert witnesses.

Order affirmed, upon the opinion of Justice Joseph C. Teresi.

Mercure, J. P., Crew III, Yesawich Jr. and Peters, JJ., concur. Ordered that the order is affirmed, with one bill of costs.